UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMED RAZZAK, et al().

              Plaintiff,

-v-

JUNO, LP, et al.

              Defendant.

Case No. 17 Civ. 4373

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiffs       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

N/A

**Date:** 6/9/2017

**Signature of Attorney**

**Attorney Bar Code:** PH-5954