UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                :
MOHAMMED RAZZAK, et al.,                                        :
                                                                :
              Plaintiffs,                              :
                                                                :
              v.                                       :    Case No. 17-cv-4373 (DLC)
                                                                :
JUNO USA, LP, et al.,                                           :
                                                                :
              Defendants.                              :
                                                                :
---------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS
## GT FORGE, INC., JUNO USA, LP AND VULCAN CARS LLC

      In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, defendants GT Forge, Inc., Juno USA, LP, and Vulcan Cars LLC, by their undersigned counsel, state:

      Vulcan Cars LLC is a limited liability company that is a wholly owned subsidiary of Juno USA, LP.  Juno USA, LP is a limited partnership for which the general partner is GT Forge, Inc., a wholly owned subsidiary of GT Gettaxi Ltd., which is in turn a privately held corporation. Through a subsidiary, Volkswagenwerk AG, a publicly traded company, owns 10% or more of the share capital of GT Gettaxi Ltd. on a fully diluted basis.

Dated: New York, New York          DLA PIPER LLP (US)
       June 20, 2017

                                            By:  /s/John J. Clarke, Jr.
                                                    John J. Clarke, Jr.
                                                    john.clarke@dlapiper.com
                                                    Keara M. Gordon
                                                    keara.gordon@dlapiper.com

                                         1251 Avenue of the Americas
                                         New York, New York 10020
                                         (212) 335-4500

                                         Attorneys for Defendants GT Forge, Inc., Juno USA, LP and Vulcan Cars LLC

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that he is one of the attorneys for defendants GT Forge, Inc., Juno USA, LP and Vulcan Cars LLC and that on June 20, 2017 he caused the foregoing Rule 7.1 certification to be filed with the Court's ECF system, which will cause notice of its filing to be served upon all counsel who have appeared in this action.

                                            
                                            /s/ John J. Clarke, Jr.