UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                                                :

MOHAMMED RAZZAK, MOHAMMAD
SIDDIQUE, and MOHAMMAD ISLAM,
on behalf of themselves and others similarly
situated,

                      Plaintiffs,

     v.

JUNO USA, LP, VULCAN CARS LLC,
TALMON MARCO, and GT FORGE, INC.,

                      Defendants.

------------------------------------------------------------------ x

Case No. 1:17-cv-04373 (DLC)

**Notice of Motion to Dismiss**

      PLEASE TAKE NOTICE, that Defendant TALMON MARCO hereby moves this Court, before the Honorable Denise L. Cote, for an order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Class Action Complaint for a lack of subject matter jurisdiction, and pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Oral argument will be on a date and at a time designated by the Court.

Dated: August 4, 2017

                                                         By:    /s/ Jeffrey A. Kimmel
                                                                 Jeffrey A. Kimmel, Esq.
                                                                 Adam B. Oppenheim, Esq.
                                                                 **MEISTER SEELIG & FEIN, LLP**
                                                                 125 Park Avenue, 7th Floor
                                                                 New York, New York 10017
                                                                 Tel (212) 655-3500
                                                                 Fax (212) 655-3535

                                                                *Attorneys for Defendant*
                                                                *Talmon Marco*