UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                  :
MOHAMMED RAZZAK,                              :
MOHAMMAD SIDDIQUE, and               :
MOHAMMAD ISLAM, on behalf of themselves   :
and other similarly situated,                     :
                                                  :    Case No. 17-cv-4373 (DLC)
                Plaintiffs,                    :
                                                  :
         v.                                              :
                                                  :
JUNO USA, LP, VULCAN CARS LLC,              :
TALMON MARCO, and GT FORGE, INC.        :
d/b/a GETT,                                            :
                                                  :
                 Defendants.                  :
                                                  :
------------------------------------------------------------------ x

## NOTICE OF MOTION TO DISMISS THE COMPLAINT BY DEFENDANTS GT FORGE, INC., JUNO USA, LP, AND VULCAN CARS LLC

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Ronen Ben-David dated August 4, 2017, with exhibits attached thereto, the Declaration of Avital Sterngold dated August 4, 2017, with exhibits attached thereto, defendants GT Forge, Inc., Juno USA, LP, and Vulcan Cars LLC will move before the Honorable Denise L. Cote, United States District Judge, Southern District of New York, 500 Pearl Street, New York, N.Y. 10007, at a time to be determined by the Court, for an order dismissing plaintiffs' complaint in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted.

- 2 -

Dated: New York, New York.
August 4, 2017

DLA PIPER LLP (US)

By:   /s/ John J. Clarke
    John J. Clarke, Jr.
    john.clarke@dlapiper.com
    Keara M. Gordon
    keara.gordon@dlapiper.com

1251 Avenue of the Americas
New York, New York 10020
Tel:   (212) 335-4500
Fax:   (212) 884-8520

Attorneys for Defendants
 GT Forge, Inc., Juno USA, LP, and
 Vulcan Cars LLC