UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MOHAMMED RAZZAK, MOHAMMAD
SIDDIQUE, and MOHAMMAD ISLAM,                    17 Civ. 4373 (DLC)
on behalf of themselves and others similarly
situated,                                                                **NOTICE OF VOLUNTARY**
                                                                         **DISMISSAL PURSUANT**
                                       Plaintiffs,                       **TO F.R.C.P. 41(a)(1)(A)(i)**


        -against-


JUNO USA, LP, VULCAN CARS LLC,
TALMON MARCO, and GT FORGE, INC.,


                                       Defendants.
------------------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs

Mohammed Razzak, Mohammad Siddique and Mohammad Islam, on behalf of themselves and

others similarly situated, and/or their counsel, hereby give notice that the above-captioned action

is voluntarily dismissed without prejudice against defendants Juno USA, LP, Vulcan Cars LLC,

Talmon Marco, and GT Forge, Inc.

Dated: New York, New York
        October 9, 2017


                                        _____/s/_____
                                        Philip M. Hines, Esq.
                                        HELD & HINES, LLP
                                        370 Lexington Avenue, Suite 800
                                        New York, New York 10017
                                        (718) 531-9700
                                        phines@heldhines.com
                                        *Attorneys for Plaintiffs*